**Carole A. FRIENDY, Petitioner,**

v.

**MACK TRUCKS, INC., CNA Insurance Company, Respondents.**

Supreme Court of Pennsylvania.

Nov. 30, 1998.

### ORDER

PER CURIAM:

**AND NOW**, this 30th day of November, 1998, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is hereby REVERSED. The case is remanded to the Court of Common Pleas of Lehigh County for further consideration in light of *Shick v. Shirey*, 552 Pa. 590, 716 A.2d 1231 (1998).

Jurisdiction relinquished.

■

**Paul E. SHEARER and Jeanne Shearer, his wife, Respondents,**

v.

**Charles W. NAFTZINGER and Elizabeth Naftzinger, his wife, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 14, 1998.

Richard W. Stewart, Lemoyne, for petitioner.

### ORDER

PER CURIAM:

**AND NOW**, this 14th day of December, 1998, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the statute of limitations set forth at 42 Pa.C.S. § 5529 constitutes a defense in a proceeding to revive and continue the lien of a judgment?

It is further ordered that the appeal will be considered on the briefs.